HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME TALLEY,<br><br>        Plaintiff,<br><br>  v.<br><br>SALLY OLSON,<br><br>        Defendant. | CASE NO. C15-5609 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTIONS FOR JUDGMENT |

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge J. Richard Creatura [Dkt. #6]. Plaintiff Talley has moved for "summary judgment" [Dkt. #7] and "default judgment" [Dkt. #8].

(1) The Report and Recommendation is **ADOPTED**.

(2) Plaintiff's application to proceed *in forma pauperis* [Dkt. #5] is **DENIED.**

Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order, or the case will be dismissed.

(3) Talley's Motions for Judgment [Dkt. #s 7 and 8] are **DENIED**.

ORDER - 1

(4) The Clerk shall send copies of this Order to Plaintiff.

IT IS SO ORDERED.

Dated this 3rd day of November, 2015.

Ronald B. Leighton
United States District Judge